1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

JOSE LUIS CONTRERAS,

12

Petitioner,

vs.

13

JEANNE WOODFORD, Warden,

14

Respondent.

15
16
17

CASE NO. 05cv01315-BEN (CAB)

**ORDER ADOPTING REPORT AND RECOMMENDATION DENYING PETITION FOR A WRIT OF HABEAS CORPUS**

18       Petitioner Jose Luis Contreras ("Petitioner") filed a petition for writ of habeas corpus under
19  28 U.S.C. § 2254 ("Petition"), challenging the sentencing scheme related to his state court
20  convictions for assault with a deadly weapon with force likely to cause great bodily injury,
21  infliction of great bodily injury, and unlawful taking and driving of a vehicle.  Respondent
22  answered.
23       On July 23, 2007, Honorable Magistrate Judge Cathy A. Bencivengo issued a thoughtful
24  and thorough Report and Recommendation ("Report"), recommending the Petition be denied in its
25  entirety.  No objection to the Report has been filed. Pursuant to 28 U.S.C. § 636(b)(1)(C), the
26  Court has reviewed Report.  Good cause appearing, the Court concurs with and adopts the Report
27  in its entirety.
28

1   Accordingly, the Petition is **DENIED** in its entirety. The Clerk shall close the file.

2   **IT IS SO ORDERED.**

3

4   DATED:  September 12, 2007

5   _____

6   Hon. Roger T. Benitez
    United States District Judge

7

8   cc: All parties and respective counsel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28